UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OMAR JABREE BUTLER, | ) | Case No. 22-10215-BFK |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**ORDER TO SHOW CAUSE**

On January 12, 2023, the Court held a hearing on the Trustee's Motion to Dismiss Case. Docket No. 44. Debtor's counsel, Steven Shareff, did not appear at the hearing. Further, it appears that the Debtor filed a pro se response to a creditor's relief from stay motion. Docket No. 49. For the reasons stated on the record, the Court finds it appropriate to set a matter for a hearing to determine whether Steven Shareff should be responding to various pleadings on behalf of the Debtor.

It is, therefore, **ORDERED**:

1. This matter is set for a hearing on **Thursday, February 9, 2023, at 1:30 p.m.**

2. The parties must appear via video conference for this hearing through the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

3. The Clerk will mail a copy of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Jan 14 2023

Alexandria, Virginia

/s/ Brian F Kenney
The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: January 17, 2023

Copies to:

Steven Shareff, Esq.
115 West Main Street, Suite 1
P.O. Box 729
Louisa, VA 23093
*Counsel for Debtor*

Omar Jabree Butler
6 Lee Court
Stafford, VA 22554
*Debtor*

Thomas P. Gorman, Esquire
300 N. Washington Street, Suite 400
Alexandria, VA 22314
*Chapter 13 Trustee*